Case 1:08-mc-00174-UNA    Document 1    Filed 09/03/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST           )
FROM THE UKRAINE                  )
IN THE MATTER OF                  )     Misc. No. 08-
PHARMACEUTICAL SOLUTION, INC.     )

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, David L. Hall, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Ukrainian authorities.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

By: _____
    David L. Hall
    Assistant U.S. Attorney
    1007 N. Orange Street
    Wilmington, DE   19801
    (302) 573-6277

Dated: 9/3/08